UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jane Doe One and Two

        Plaintiff(s),

v.

VENIAMIN GONIKMAN, et al

        Defendant(s).

Case No. 13-CV-14057

Judge Marianne O. Battani

Magistrate Judge Paul J. Komives

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __BFC Management Company__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: November 21, 2013

/S/ Mark A. Hypnar

P32026
Law Offices of Mark A. Hypnar, P.C.
P.O. Box 512
Bloomfield Hills, MI. 48303
248 214-6644
mahypnar@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jane Doe One and Two

      Plaintiff(s),

Case No. 13-CV-14057

Judge Marianne O. Battani

v.

VENIAMIN GONIKMAN, et al

Magistrate Judge Paul J. Komives

      Defendant(s).

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __BFC Management Company__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: November 21, 2013

/S/ Mark A. Hypnar

P32026
Law Offices of Mark A. Hypnar, P.C.
P.O. Box 512
Bloomfield Hills, MI. 48303
248 214-6644
mahypnar@aol.com