UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jane Doe One, et al.,

          Plaintiff(s),

v.                                    Case No. 2:13–cv–14057–MOB–PJK
                                      Hon. Marianne O. Battani

Veniamin Gonikman, et al.,

          Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default: Veniamin Gonikman

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                      DAVID J. WEAVER, CLERK OF COURT

                                      By: <u>s/ T McGovern</u>
                                             Deputy Clerk

Dated: December 20, 2013