## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Jane Doe One and Two,

                              Plaintiffs,

          -against-

VENIAMIN GONIKMAN,
ALEKSANDR MAKSIMENKO,
MIKHAIL ARONOV, and BFC
MANAGEMENT COMPANY d/b/a
ACE OF SPADES GENTLEMEN'S
CLUB f/d/b/a CHEETAH'S ON THE
STRIP

                              Defendants.

Case No. 13-14057

Hon. Marianne. O. Battani

### PLAINTIFFS' NOTICE OF DISMISSAL OF
### DEFENDANT MIKHAIL ARONOV

PLEASE TAKE NOTICE that Plaintiffs Jane Doe One and Jane Doe Two,

by their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismiss

their Complaint without prejudice as to Defendant Mikhail Aronov.  Mikhail

Aronov has not filed an answer or otherwise responded to the Complaint.

DATED: April 25, 2014

DYKEMA GOSSETT PLC

By: /s/ Thomas H. Trapnell
Dennis M. Haffey (P26378)
Heidi A. Naasko (P58783)
Janet L. Conigliaro (P72629)
Thomas H. Trapnell (P74345)
400 Renaissance Center
Detroit, MI 48243
(313) 568-6800

dhaffey@dykema.com
hnaasko@dykema.com
jconigliaro@dykema.com
ttrapnell@dykema.com

AND

WHITE & CASE LLP
Gregory G. Little
Danielle Audette
Rachel Feldman
1155 Avenue of the Americas
New York, NY 10036
Telephone: 212-819-8200
Facsimile: 212-354-8113

*Attorneys for Plaintiffs Jane Doe One
and Jane Doe Two*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2014, I electronically filed the foregoing

document with the Clerk of the Court using the Court's e-filing system which will

send notification of such filing to all counsel of record.

By: */s/ Thomas H. Trapnell*
Dennis M. Haffey (P26378)
Heidi A. Naasko (P58783)
Janet L. Conigliaro (P72629)
Thomas H. Trapnell (P74345)
400 Renaissance Center
Detroit, MI 48243
(313) 568-6800
ttrapnell@dykema.com