UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
JANE DOE ONE and TWO,

                        Plaintiffs,

            -against-

VENIAMIN GONIKMAN, ALEKSANDR
MAKSIMENKO, and BFC MANAGEMENT COMPANY
d/b/a ACE OF SPADES GENTLEMAN'S CLUB f/d/b/a
CHEETAH'S ON THE STRIP

                      Defendants.
---------------------------------------------------------------------x

Index Number 2:13-cv-14057-MOB-PJK

Hon. Marianne O. Battani

## **INDEX OF EXHIBITS**

A.       Proposed Order Granting Leave to Amend

B.       Proposed First Amended Complaint