# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE ONE and TWO,

                Plaintiffs,

-against-

VENIAMIN GONIKMAN, ALEKSANDR MAKSIMENKO, MIKHAIL ARONOV, and BFC MANAGEMENT COMPANY d/b/a ACE OF SPADES GENTLEMEN'S CLUB f/d/b/a CHEETAH'S ON THE STRIP

                Defendants.

Case No. 13-cv-14057

Hon. Marianne O. Battani

**ORDER GRANTING LEAVE TO AMEND THE COMPLAINT TO ADD JOHN SANDS AND ROSE TALENT AGENCY, INC. AS DEFENDANTS**

Plaintiffs have filed a Motion to Amend the Complaint to add John Sands and Rose Talent Agency, Inc. as defendants, pursuant to Fed. R. Civ. P. 15(a)(2) and 21, and the Court being advised of the premises,

IT IS HEREBY ORDERED that Plaintiff's Motion is hereby GRANTED, and further that Plaintiff is hereby granted leave to file and serve a first amended complaint in the above captioned action within 20 days from the date of entry of this order.

                **SO ORDERED.**

                _____
                United States District Judge

                Dated: _____