UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------------------x

JANE DOE ONE and TWO,

                              Plaintiffs,

                -against-

VENIAMIN GONIKMAN, ALEKSANDR
MAKSIMENKO, and BFC MANAGEMENT COMPANY
d/b/a ACE OF SPADES GENTLEMAN'S CLUB f/d/b/a
CHEETAH'S ON THE STRIP

                              Defendants.

Index Number 2:13-cv-14057-MOB-PJK

Hon. Marianne O. Battani

------------------------------------------------------------------------x

### DECLARATION OF GREGORY G. LITTLE
### IN SUPPORT OF MOTION TO AMEND THE COMPLAINT

I, Gregory G. Little, declare under penalty of perjury that:

1.     I am a partner at the law firm of White & Case LLP, attorneys for Plaintiffs Jane Doe One and Two in this action. I submit this Declaration in order to present to the Court the following Exhibit in support of Plaintiffs' Motion to Amend The Complaint. This Declaration is based upon my personal knowledge.

2.     Annexed hereto as Exhibit "A" is a true and correct copy of excerpts from the Transcript of the Deposition of John Sands, in this action, dated September 3, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 13, 2015

                              By: *Gregory G. Little*
                                    Gregory G. Little