# EXHIBIT A

# ORIGINAL

Page 1

1      UNITED STATES DISTRICT COURT

       EASTERN DISTRICT OF MICHIGAN

2           SOUTHERN DIVISION

3

4    JANE DOE ONE AND TWO,

5           Plaintiffs,

6

     -vs-                          Case No. 13-14057

7                        Hon.: MARIANNE O. BATTANI

                         Magistrate: PAUL KORNIVES

8

9    VENIAMIN GONIKMAN, ALEKSANDER MAKSIMENKO,

10   MIKHAIL ARONOV, and BFC MANAGEMENT COMPANY,

11   d/b/a ACE OF SPADES GENTLEMAN'S CLUB

12   f/d/b/a CHEETAH'S ON THE STRIP,

13          Defendants.

14   _____/

15

16   PAGES 1 - 133

17

18

19   The videotaped deposition of JOHN SANDS,

20   Taken at 400 Renaissance Center - 23rd Floor,

21   Detroit, Michigan,

22   Commencing at 1:22 p.m.,

23   Wednesday, September 3, 2014,

24   Before Kristin DeCasas, CSR 6438.

25

Page 6

1              THE WITNESS:  I do.

2     EXAMINATION BY MR. LITTLE:

3     Q.    Good afternoon, Mr. Sands.  Have you ever been

4           deposed before?

5     A.    Yes.

6     Q.    In what setting?

7     A.    Criminal.

8     Q.    Can you describe what type of criminal?

9     A.    I was deposed by the U.S. Attorney based upon the

10          Russians.

11    Q.    When you say "the Russians," what do you mean by

12          that?

13    A.    With the case reflecting what they were -- they

14          plead guilty to, the human trafficking thing and

15          so forth.

16    Q.    When was that approximately?

17    A.    Six, five years ago or something.  I'm guessing.

18    Q.    And other than that proceeding, have you been

19          deposed in any other context?

20    A.    Yes.

21    Q.    In what proceeding?

22    A.    In a criminal case for me 22 years ago.

23    Q.    What did that involve?

24    A.    It was tax evasion case.

25    Q.    What was your involvement?

Page 21

1           along because it's just better for business.

2      Q.   So what involvement do you have?  You've done a

3           very good job explaining the initial contact

4           whether by phone or in person.  The meeting with

5           the club, getting the license, the dancing

6           license, but I'm still not sure exactly what you

7           do after that.

8      A.   Well, a lot of -- I'll come in.  Usually I'm at

9           the club on a daily basis hour, two hours.

10          Sometimes not in a day at all or whatever it might

11          be.  The typical club I probably spend 10 hours a

12          week at.

13     Q.   And how many clubs --

14     A.   Now I'm at four.

15     Q.   Back in 2004 -- 2003, 2004 time period --

16     A.   I think I had 10, roughly.

17     Q.   And how much -- and let's just talk specifically

18          about Cheetah's.  You're familiar with Cheetah's

19          club?

20     A.   Yes, of course.

21     Q.   In the 2003, 2004 period about how much time were

22          you spending at Cheetah's on a weekly basis?

23     A.   Couple hours.  Maybe 15 hours.  Something like

24          that.  Couple hours a night.

25     Q.   And of the approximately 10 clubs that you were

Page 27

1   A.    Afternoon.

2   Q.    During the week when you weren't there to get

3         paid, what time would you generally go by

4         Cheetah's back in that 2003, 2004 time period?

5   A.    Mostly in the evenings.

6   Q.    Approximately what time?

7   A.    7 o'clock.

8   Q.    And how long would you generally stay?

9   A.    Till 9 or 10 o'clock.

10  Q.    It may seem like an odd question so bear with me.

11        So what would you do between -- I mean, you're

12        going to a number of different clubs --

13  A.    Uh-huh.

14  Q.    -- right?

15  A.    Right.

16  Q.    Um.

17  A.    But not every night I'm at clubs.

18  Q.    Not every night, but you're going -- every night

19        you're going to a club somewhere?

20  A.    It's part of what I have to do.

21  Q.    It's part of what you do?

22  A.    Uh-huh.

23  Q.    It's your business?

24  A.    (No audible response.)

25  Q.    And so you go into the club, whether it's

Page 60

1      them?

2   A.   I would say two to three months.

3   Q.   And what type of business did you have with them

4        then?

5   A.   A couple other girls that they had that they said

6        they finally got their paperwork and everything

7        done for their -- you know, to bring them over.

8        And that -- they told me ahead of time they had a

9        couple girls that would soon be coming.

10  Q.   And a couple of girls from where?

11  A.   I presume the Ukraine, Russia, one of the two.

12  Q.   Let me back up because I had understood originally

13       when they called you after the Greek trip --

14  A.   Uh-huh.

15  Q.   -- they called you because they wanted you to

16       place their wives and they were living in Chicago

17       at the time?

18  A.   Correct.

19  Q.   Did the wives come from Chicago?

20  A.   What I know now is no, but then I didn't know

21       anything.

22  Q.   At the time you didn't know and you really didn't

23       care at that point; is that fair?

24  A.   Yeah.

25  Q.   But later you learned they were from the Ukraine?

Page 61

1    A.    Well, Nikki was Greek.

2    Q.    Okay.

3    A.    She's from Greece.

4    Q.    Okay.

5    A.    And Anya, who I believe -- I don't know --

6          Ukrainian or Russian and there is a difference.

7    Q.    And when did you learn that Nikki was from Greece

8          and Anya was from either Russia or Ukraine?

9    A.    Probably soon after they started at the

10         Flight Club.

11   Q.    Did they tell you?

12   A.    I would think so.  Yeah --

13   Q.    And that would be part of the process --

14   A.    -- in conversation.

15   Q.    -- you would come by at the end evening.  You're

16         checking on them.  You want to make sure

17         everything is okay.

18   A.    Uh-huh.

19   Q.    They would talk to you and you became friendly

20         enough with them that they told you where they

21         were from?

22   A.    Yes.

23   Q.    Did they ever express any concern, you know, they

24         didn't want to be here or anything along those

25         lines?

Page 62

1    A.    No, Sir.

2    Q.    So then a couple months go by and Aleks calls you

3          and says, I may have some other women that I want

4          you to place.  Is that --

5    A.    Fair enough to say that, yes.

6    Q.    Now, at that point did he tell you and they would

7          be coming from out of the country?

8    A.    Never told me.  Just I assumed it.

9    Q.    Why did you assume it?

10   A.    Because I assumed that -- that's where he's

11         bringing his girls from.  He said -- he mentioned

12         having to have paperwork and things like that, to

13         get their legal paperwork together to get them

14         over here.

15   Q.    Okay.  All right.  And then, and then what

16         happened?  Did they bring --

17   A.    He showed up with a couple girls.

18   Q.    And did you talk to them?

19   A.    Yeah.  You know.

20   Q.    Can you describe the conversation?

21   A.    Pretty minimal because their English was -- I

22         think one was pretty good and the other girl

23         wasn't that good with her English.  Who, what, I

24         couldn't even tell you right now, but one could

25         speak good and the other couldn't.  And --

Page 64

1    really grasp what I might have been saying at that

2    time.

3  Q.    And what were you saying to them --

4  A.    Maybe go from --

5  Q.    -- at the first meeting?

6  A.    It's particularly for the club.  You know, you

7    start on this stage, you go to that stage.

8  Q.    Let me back up because I'm trying to piece

9    together -- and I know it's been a little while.

10 A.    Uh-huh.  Yeah.

11 Q.    But I'm trying to piece together, Aleks brought

12    them to you?

13 A.    Uh-huh.

14 Q.    In your office?

15 A.    No.  Always at the club.

16 Q.    But how did you know which club you were going

17    to --

18 A.    Well, I mean --

19 Q.    -- bring them to?

20 A.    -- in the first case it was chosen by them and --

21    meaning their wives.

22 Q.    With their wives.

23 A.    In the next case they go, Where do you think we

24    should have them work?  And I said, You want them

25    at the Flight Club?  And they said, No, we don't

Page 65

1        want them at the Flight Club.  I said, Okay, let's

2        go to Cheetah's.  That was my next big --

3  Q.  Did they say why they didn't want them at the

4        Flight Club?

5  A.  No, and I didn't question it either.  I just said

6        they got their reasons.

7  Q.  Okay.

8  A.  And then so I picked Cheetah's as the club to

9        bring them to.

10  Q.  Now, did you get -- did you have an arrangement

11        with the Russians on how you were going to be paid

12        from them?

13  A.  No.  I never got any pay from the Russians on it.

14        I just wanted more girls working to get my fees.

15  Q.  And having two women come from out of the country,

16        that didn't give you any concern, give you any

17        pause at all?

18  A.  No.  There's girls right now working in the clubs

19        that are from out of the country.

20  Q.  And did you do anything at all to make yourself

21        comfortable that those two girls were here because

22        they wanted to be here as opposed to being forced

23        to be here?

24  A.  Yeah.  I would say because I offered -- when those

25        first two girls showed up --

Page 67

1    A.    I've always understood -- did I ask specifically,

2          I don't believe I did.

3                But I always understood Russian girls have a

4          want -- they want to come to America.  This is the

5          land of the free and so forth, and you can make

6          money, free enterprise.  And, you know, the

7          average pay over there is $80 a month per person.

8                You know, I understood that the girls that

9          were being brought here, that what they earned,

10         they were sending home to their families, is what

11         I believed.  That's what was conveyed to me from

12         Aleks and Michael and Ben and that, that, you

13         know, this is doing a lot of good for their

14         families back home.

15   Q.    And did Aleks and -- what was your understanding

16         of how Aleks and Ben were benefiting from this?

17   A.    That they were paying them fees as well.  It's

18         kind of --

19   Q.    Who was paying who?

20   A.    The girls were paying them -- whatever it was, I

21         don't know, but they were being compensated --

22   Q.    By the girls?

23   A.    -- by the girls to work and make this opportunity

24         for them.  To create the paperwork that, you know,

25         that -- to help them through the -- not create,

Page 68

1          but hire lawyers and so forth with immigration.

2     Q.   So is it fair to say this was the impression that

3          Aleks gave you?

4     A.   Correct.

5     Q.   Did you ever do anything to verify or to make sure

6          that Aleks was telling you the truth or did you

7          accept it?

8     A.   I accepted it.

9     Q.   Without pushing him?

10    A.   Yeah.

11    Q.   How often did you talk to the two girls that came

12         over that you placed with Cheetah's, how often did

13         you talk with them --

14    A.   Pretty much daily.  Maybe five minutes one time.

15         Maybe sit with them for a half hour another time.

16         Things like that.  Make small talk.

17    Q.   What do you recall of any of those conversations?

18         And again, I know it's been a while.

19    A.   Yeah.  I mean, everything from flirtatious type

20         conversations I would have with the girls, you

21         know, complimenting them, complimenting them how

22         they look, You look good.  Everything okay?  You

23         know, I would ask that to every girl, not just

24         them, because that's what I do.  And they never

25         conveyed to me ever a problem of anything.

Page 69

1   Q.   Did you ever ask, Are you making enough money?

2        Are you getting enough tips?  Did you -- are you

3        happy with where you're living?

4   A.   I never got into that.  I don't do it with other

5        girls.

6   Q.   Did you know where they were living?

7   A.   I knew they had an apartment over in Livonia

8        somewhere I think it was.

9   Q.   Did you know the address?

10  A.   No.  Never been there.

11  Q.   When they first came to you -- again, I'm trying

12       to go back and really try to identify exactly --

13       you met them at the club, at Cheetah's?

14  A.   Yes.

15  Q.   That's the first time you met these two women?

16  A.   I'm not sure.  You'd have to show me the women.

17  Q.   I'm talking about the first two women that weren't

18       the wives, the women that you assumed came over

19       from the --

20  A.   Yeah.

21  Q.   -- Ukraine.

22  A.   Yeah, first time was there.

23  Q.   Was at Cheetah's?

24  A.   Correct.

25  Q.   And at that point they didn't have a license,

Page 70

1        right?

2   A.   A dance license?

3   Q.   A dance license.

4   A.   No, Sir.

5   Q.   So how did they obtain a dance license?  Were you

6        involved in getting them a dance license?

7   A.   Yeah.  I mean, again, with Mikhail and Aleks

8        because Ben wasn't in the picture at this time, or

9        Veniamin.

10            It was -- they would bring them.  We met at

11       the club at 10:00 in the morning.  They would

12       follow me down to where we had to go to to go

13       through the procedures that I've described

14       earlier.  They would pay, meaning the Russian guys

15       would be the ones paying for everything to obtain

16       the different clearances and the dance card.  That

17       was it.

18  Q.   Did you check their passports?

19  A.   No.  It was basically -- the police don't use

20       passports.  They use state ID or driver's

21       licenses.

22  Q.   Okay.  Did they have a driver's license?

23  A.   I believe so.  Everybody did.  If they didn't, I

24       don't recall now.

25  Q.   Do you recall that they received their license

Page 71

1        before they ever danced?

2    A.    The dance license?

3    Q.    Yes, the dance license.

4    A.    No.  We probably didn't for awhile.

5    Q.    Are you aware of any inspection that was made of

6          Cheetah's while they were dancing and they didn't

7          have their dance license?

8    A.    Only from the case that I recall from at the time

9          that, that it was said they were hidden in closets

10         and things like that.  That happens today for

11         regular American girls.

12   Q.    If they don't have their license and inspectors

13         come, they hide?

14   A.    We try to get it so that the club doesn't catch a

15         ticket.

16   Q.    Right.

17             Is that a -- so that was standard 10 years

18         ago as well --

19   A.    Uh-huh.

20   Q.    -- in 2003, 2004 time period?

21   A.    Yeah.  Just to give you an idea, right now

22         probably today if I had to put a number, 30

23         percent of the girls in the clubs don't have dance

24         cards.

25   Q.    And when inspectors come in --

1   A.   Or we catch tickets for them if they get caught.

2   Q.   When you say "catch tickets," what does that mean?

3   A.   Meaning they're written a ticket, no dance card.

4        Just like no driver's license on a person if

5        you're driving your car without a driver's

6        license.  You're dancing without a dancing permit.

7   Q.   After these two girls that came -- that weren't

8        the wives came over that you placed at Cheetah's,

9        when is the next time you heard from the Russians

10       or would you -- let me back up.

11            When you had the two women at Cheetah's and

12       two women at Flight Club, you would go around at

13       night and you would sometimes visit both clubs,

14       yes?

15   A.   Yes, Sir.

16   Q.   Would you usually find Aleks and/or Mikhail in one

17       of those clubs?

18   A.   Some nights, yes.  Some nights, no.

19   Q.   Some nights they would be at Flight Club, some

20       nights they would be at Cheetah's?

21   A.   Or they would be wherever.

22   Q.   And you were getting paid how much money for those

23       four women?

24   A.   Probably 35 bucks a week per girl.

25   Q.   If they did three shifts?

Page 73

1    A.    Two.

2    Q.    If they did two shifts back then?

3    A.    Yeah, back then.

4    Q.    And did they always do two shifts a week?

5    A.    Yes, Sir.

6    Q.    Do you have any understanding of how many shifts

7          they were working a week or did you -- just as

8          long as they worked two you didn't care?

9    A.    No, because I mean I would sit down and do the

10         bills each week.  I knew how many shifts all girls

11         are pulling at the clubs, meaning working at the

12         club.

13   Q.    Right.  Even though you only got paid for two, you

14         wanted to know how many they were doing?

15   A.    Yes.  Particularly --

16   Q.    Let me just back up because the economics of this

17         is -- surprises me a little bit.  So you have a

18         dancer that does two shifts, back then you get

19         $35?

20   A.    Uh-huh.

21   Q.    You have a dancer that does 12 shifts, you get

22         $35?

23   A.    Yes, Sir.

24   Q.    Did Mr. Sesi negotiate that with you or how did

25         you end up --

Page 74

1    A.    It's always been structured well before he ever

2          owned the club.

3    Q.    Okay.  So there was no incentive for you to have

4          any women working for you to work more than two

5          shifts a week?

6    A.    No.  What the club owners -- not necessarily

7          Mark Sesi, but they would always accuse us of

8          wanting to take girls from one and work them

9          three, two shifters.

10   Q.    Right.

11         That would make more sense financially,

12         right?

13   A.    It would be like having three girls in one or

14         something or whatever.  I never found the -- I

15         mean, I found the value in it, but I never found

16         the business sense of that being smart, because I

17         always like the girl to stay put at a club and

18         just go get my money from the club and be

19         satisfied with what I get.

20         If a girl today -- and I do have girls that

21         work in two clubs.  They choose to do it.  I never

22         suggest it to them.

23   Q.    Back in 2003, 2004 time period, what was the

24         typical number of shifts that a woman working for

25         you would work at a club a week?

Page 75

1    A.    For night shift, four or five shifts a week.

2    Q.    Do you have any --

3    A.    Three maybe being the average.  But there was

4          plenty that did four, five, six, seven.  There was

5          some that could only work weekends because they

6          worked at a dentist office during the week and

7          they would work Friday and Saturday night or

8          something.

9    Q.    How many women, if any, did you have that worked

10         two shifts a day, six days a week?

11   A.    Very few.

12   Q.    And by "very few," how many?  Less than 10?

13   A.    Yes.

14   Q.    Less than five?

15   A.    No.  I got probably five right now doing it today.

16   Q.    Working six days a week, two shifts?

17   A.    Or I have one girl at a club that works all seven,

18         she pretty much, but they let her come and go as

19         she chooses, meaning she might leave -- she'll

20         work doubles every day, six days a week and even

21         come in on Sunday night because there is no Sunday

22         day shift.  But she'll -- instead of starting at

23         7:00 she might roll in at 9:00, 9:30 because they

24         know they can count on her seven nights a week.

25               And this is all on her own choosing.  There

Page 76

1           is no one dropping her off or doing any of that

2           type of stuff.  This is a basic American girl that

3           chooses to do that.

4                    The girl Jennifer that worked in my office

5           that I mentioned her name earlier, she worked for

6           me five days a week and worked in the club six

7           nights a week.  Unusual, a little bit.  You know,

8           I just figure workaholic type people.

9                    I'm a workaholic.  I'm out there six nights a

10          week.  If I wasn't married, it would probably be

11          seven.

12   Q.     Are the women that were -- the two women that came

13          over that were working at Cheetah's, did you

14          understand how much they were working?

15   A.     Sure.

16   Q.     And did you see that they were working two shifts,

17          six days a week?

18   A.     Yes.

19   Q.     Did you ever ask them if they really -- you know,

20          were they tired, did they need a break --

21   A.     Yes.

22   Q.     -- were they okay?

23   A.     Yes.

24   Q.     You did ask them that?

25   A.     Uh-huh.  And their answer to me that -- the one

1           that sticks out the most is, Russian women are

2           very strong.  We work harder than American women.

3    Q.    That's what one of them said to you?

4    A.    Sure.

5    Q.    Can you describe the woman who said that to you?

6    A.    Not really, no.  I couldn't.  I don't, I don't

7          know.  Honestly, I don't know.  But I know that

8          one of them, I just went, Wow, it's a whole

9          different culture over there on working and stuff.

10         I think I wish the American women worked like

11         that; I would make a whole lot, you know.

12   Q.    Well, you wouldn't make any more than somebody who

13         worked two shifts a night -- or a week?

14   A.    There's a lot of girls that work one too, that I

15         would sure like to see that second or third

16         depending on my arrangement with the club.

17   Q.    Right.

18              So after these two women were placed at

19         Cheetah's, did you have any other business

20         relationships with the Russians?

21   A.    Yeah.  They brought probably over a two-year

22         period, I'm going to guess it could be at least a

23         dozen girls.

24   Q.    And did you ever have any issues, problems with

25         any of the girls that they brought over?

Page 81

1    contest going or something they might hang out to

2    see what the new girls coming out are, you know,

3    for a couple hours or something.  But typically

4    they would drop them and go.

5    Q.   And when you say "drop them and go," what do you

6         mean?

7    A.   At the door.  Sometimes walk them in for a little

8         bit, sometimes not.

9    Q.   Would they pick them up?

10   A.   I never knew that because I'm never there at the

11        end of night.

12   Q.   But at the beginning you were there --

13   A.   Yes.

14   Q.   -- and you would see that they --

15   A.   Once in a while I would be standing outside,

16        having a cigarette or something and I would see

17        them pull up with the girls, yes.

18   Q.   Right.

19   A.   And then sometimes I was in the club and they

20        would walk in the club with the girls or

21        something.

22   Q.   Did you ever see any of the girls that were

23        brought over by the Russians walk into the club by

24        themselves without being dropped off by at least

25        one of the Russians?

Page 82

1    A.    Not to my knowledge.

2    Q.    Did that seem odd to you?

3    A.    No.

4    Q.    Did you ask any questions about it?

5    A.    No.  Happens today.  Girls come by cab, their dad,

6          mom drop them off, boyfriend, husbands.  I mean

7          it's not my business.

8    Q.    When did you first understand that there might be

9          a problem with the Russians bringing over women

10         who didn't really want to be here?

11   A.    When they got arrested.

12   Q.    How did you learn of that?

13   A.    It was on the news.

14   Q.    I mean, do you recall reading it in the paper?

15         Seeing it --

16   A.    I think I saw it on TV or somebody called me that

17         it was on the news, and I caught it later that

18         day.

19   Q.    What was your reaction?

20   A.    Shock.

21   Q.    Did you reach out to anybody?

22   A.    Yes.  Their lawyers.

23   Q.    What did you say to their lawyers?

24   A.    I wanted to be a witness on their behalf.

25   Q.    Why?

Page 89

1        he's doing, he's sitting in jail.

2    Q.   Did you ever visit him in the Ukraine?

3    A.   Yes.

4    Q.   Okay.  Let's go back sort of the timeline that we

5         were building.  As I recall in the 2000, 2001 time

6         period is when you went to Greece.

7    A.   Uh-huh.  Yes.

8    Q.   Then their wives came to dance --

9    A.   Couple years later.

10   Q.   -- for you a couple years later?

11            And then a couple months after that there

12        were two young women from Russia or the Ukraine

13        that came over?

14   A.   Uh-huh.  Yes.

15   Q.   When did you go to the Ukraine?

16   A.   Wish I had my passport.  It's stamped, but I

17        don't.  I would say a guesstimate of a couple

18        years after the initial meeting of the wives at

19        the Flight Club.

20   Q.   Okay.

21   A.   Couple years later.

22   Q.   And why did you go to the Ukraine?

23   A.   Um, to -- again, kind of a paid holiday type

24        thing.  Went over there.  I felt for me that they

25        were trying to get girls to come to the U.S., but

Page 90

1           were having difficulties of it thinking there

2           wasn't a valid -- like it wasn't true --

3   Q.      Uh-huh.

4   A.      -- what they were -- whatever they were saying to

5           them to get them to come, they were having

6           difficulties, and they wanted me to come over so

7           they could put an American face onto them coming

8           over and feeling a little more secure like, okay,

9           there is an American they're dealing with that can

10          employ them at clubs and so forth.

11  Q.      To help persuade the girls to come over?

12  A.      Just my being there.  I didn't speak to them

13          because I didn't speak the language, but yes.

14  Q.      And did more girls come over after your visit?

15  A.      I think -- of the 12, I think total maybe four

16          were after.  The first eight were before.

17  Q.      And did you ever have any troubles at all with the

18          first eight?

19  A.      No.

20  Q.      They always showed up for work on time?

21  A.      Yes, Sir.

22  Q.      Most of them were working two shifts a day, six

23          days a week?

24  A.      Yes, Sir.

25  Q.      None of them tried to run off or go away or quit

Page 91

1          or --

2     A.   Not that I'm aware of.

3     Q.   And the same with respect to the four women that

4          came over after you visited the Ukraine?

5     A.   The same I would say, yes.

6     Q.   And you received the same amount of money for all

7          of them?

8     A.   Correct.

9     Q.   And that was the same amount of money that you

10         would have received if they had been born and

11         raised in Detroit?

12    A.   Yes, Sir.

13    Q.   When you went to the Ukraine, describe for me, if

14         you will, how long you were there, what you did

15         while you were there.

16    A.   Well, I was there -- it was before Christmas I

17         know -- I think four or five days.  And I was

18         basically showed -- taken around, shown the

19         sights.  I was in that big square in the Ukraine

20         in Kiev that now the big demonstrations are going

21         on.  What a difference that is.  But I mean I

22         went, I went directly from the airport with a

23         police escort and straight to a strip club.

24    Q.   Why did you have a police escort?

25    A.   I asked that question.  I said, What's up with the

Page 98

1          wish I could quit.  Nothing like that.

2                  They seemed content and happy and were

3          gathering nice things along the way from their

4          shopping sprees to whatever.  I mean, it just --

5          it didn't seem what it turned out to be.

6     Q.   Did you have any reason to believe that they

7          trusted that you weren't sort of part of the, the

8          Russian group that had brought them over?

9     A.   Well, I would think they would think I was.

10    Q.   Right.  I mean that would be a reasonable --

11    A.   I would think that, you know, that they might not

12         convey to me.  There's truth to that, I'm sure of

13         that, you know.  But I don't know.  You'd have to

14         ask them.  Yeah.

15    Q.   Right.  Right.

16                 But just sort of stepping back, knowing what

17         you know, knowing the atmosphere, and looking back

18         in retrospect, it does not surprise you that they

19         didn't confide in you, right?

20    A.   It's fair to say.

21    Q.   It -- um, do you recall ever specifically asking

22         them whether they were able to keep the money that

23         they were making?

24    A.   Never did.

25    Q.   When -- you said approximately 12 women were

Page 99

1          brought over through the Russians to work with

2          you --

3     A.   Uh-huh.  Yes.

4     Q.   -- where did you place them?

5     A.   It was different clubs.

6     Q.   And how would you determine which club would be

7          the club where you would place a particular girl?

8     A.   Generally directed from Mikhail and Aleks.

9     Q.   They were familiar with the clubs?

10    A.   Uh-huh.  Yes.

11    Q.   So they would say, These two we want at Cheetah's,

12         this one we want at Flight Club.

13             What are some of the other clubs?

14    A.   Back in that time frame, there was a club called

15         Mannequins, which later became Pure Gold, which

16         now is Crazy Horse.  Which now is a totally

17         different club.  It was a predominantly white club

18         back then; now it's a black club.

19    Q.   The Cheetah's club ended up burning down shortly

20         after the girls left --

21    A.   Uh-huh.

22    Q.   -- correct?

23    A.   Yes, Sir.

24    Q.   Did you have any understanding of how that -- how

25         the fire started?  How it happened?

Page 101

1   Q.   Is that also referred to sometimes as a house fee?

2   A.   Yes.

3   Q.   Is that the -- was that pretty standard?

4   A.   Or VIP room fee, whatever.

5   Q.   Is that pretty standard?

6   A.   Yes.

7   Q.   Can you recall --

8   A.   Around $20 a shift.

9   Q.   And would the women who came over from the

10      Ukraine, they were required to pay that like

11      everyone else?

12   A.   Like everybody else.

13   Q.   And did they ever complain about having to make

14      those payments?

15   A.   No, Sir.

16   Q.   Did Mr. Sesi or anyone at the club ever complain

17      that they weren't making the payments?

18   A.   No, Sir.

19   Q.   I'm just going to throw this out:  I'm having a

20      little bit of difficulty sort of in my own mind

21      understanding how Aleks will, you know, call you

22      from the prison.

23   A.   Uh-huh.

24   Q.   But didn't really -- that you guys didn't talk a

25      lot when he was not in prison, I mean, when he was

Page 102

1          in the club with you, and --

2    A.    No.  We talked all -- practically daily.

3    Q.    Okay.  What did you talk about?

4    A.    Where we're going to go later for dinner.  We

5          were -- I had a gambling problem.  He does too or

6          did.  I mean, he's probably gambling in there.

7          But it was mainly things like that.

8                Never strategy of girls or any things like

9          this that you may think.  It wasn't.  It was

10         everyday life.  He was a kind of an Americanized

11         type Russian guy.  And we went and had fun.

12   Q.    What was -- that -- what was your impression of

13         Aleks?  How would you describe him?

14   A.    Tough kid, you know, of a father who was a pretty

15         no nonsense type guy.  He could speak the best

16         English of them all except Mikhail.  Mikhail spoke

17         like seven languages.  But, you know, basically

18         communicating with the Russians, if you will.

19         Mikhail is not Russian.  He's Lithuanian.  But

20         speaking with the dad and -- you know, Veniamin,

21         and with Aleks.  Aleks did most of the talking

22         with me.

23   Q.    When is the last time you spoke with Mikhail?

24   A.    Before they were arrested.

25   Q.    And you haven't spoken to him since?

Page 103

1    A.    No.

2    Q.    And what kind of relationship did you have with

3          Mikhail?

4    A.    Didn't care for him.

5    Q.    Why not?

6    A.    Cold person.  Steely-eyed type guy.  One I didn't

7          trust.

8    Q.    Did you ever have any issues with him?

9    A.    No.

10   Q.    Arguments?

11   A.    No.

12   Q.    What did you understand they did for a living,

13         Mikhail and --

14   A.    Had businesses around the world.

15   Q.    What type of businesses?

16   A.    Strip clubs.  I saw two of them prior to that --

17         or one prior, then the other one later when I went

18         to the Ukraine.

19   Q.    When is the last time you spoke with Mr. Gonikman?

20   A.    Before the arrest.

21   Q.    Have you spoken to him at all afterwards?

22   A.    No, Sir.

23   Q.    How often -- how many times would you say you met

24         Mr. Gonikman, ballpark?

25   A.    2, 300 times.  He would come to town periodically.

Page 104

1        When he would come to town, we would all go out to

2        dinner and then we'd have dinner.

3  Q.  And would you go to dinner with his wives -- with

4        his wife that danced at --

5  A.  No.  It was the men mainly.  Wives were working.

6        They worked the same as the others.

7  Q.  Uh-huh.

8        Did they ever refer any other dancers to you

9        other than the 12 women that you understood were

10        from the Ukraine or Russia?

11  A.  I don't believe so.  Not that I recall.

12  Q.  How far in advance would they let you know that

13        women would be coming to Detroit to dance for you?

14  A.  Usually a month.

15  Q.  And at that time would they tell you which club

16        they thought would be best for them?

17  A.  No.  That would get discussed once they came.

18        Sometimes like -- probably two of the girls I

19        remember I met, they were a little thicker girls,

20        so we put them at Mannequins because that was

21        better for curvier girls, if you will, than

22        Cheetah's and Flight Club.

23  Q.  What was the profile for Cheetah's?

24  A.  Meaning quality wise?

25  Q.  If a women comes in and you're going to -- to meet

VERITEXT REPORTING COMPANY
www.veritext.com
212-279-9424        212-490-3430